IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LANCE ADAM GOLDMAN,
        Petitioner,
  v.                                   **Judgment in a Civil Case**
GEORGE KENWORTHY,
        Respondent.                  Case Number: 5:10-HC-2266-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed as untimely.

This Judgment Filed and Entered on November 29, 2011, with service on:
Lance Adam Goldman 0822742, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

November 29, 2011                                /s/ Dennis P. Iavarone
                                                                Clerk

Raleigh, North Carolina